UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARION SIMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. GUTIERREZ, et al.,<br><br>　　　　Defendants. | 1:15-cv-01214-MJS (PC)<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATION**<br><br>**(ECF NO. 7)** |

　　　Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On November 13, 2015, the undersigned issued findings and a recommendation that this action be dismissed for Plaintiff's failure to comply with a court order. (ECF No. 7.) Plaintiff has now filed objections to the recommendation.

　　　Good cause appearing, IT IS HEREBY ORDERED that the November 13, 2015, findings and recommendation (ECF No. 7) are VACATED.

IT IS SO ORDERED.

　Dated:　　December 14, 2015　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1